UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**VINCE BONNETT, ET AL,**

        **Plaintiffs,**

                                                      **Civil No. 05-71350**
**v.**                                                    **Hon. John Feikens**

**ANTHONY MARUSO,**

        **Defendant.**

_____/

## ORDER OF ADMINISTRATIVE CLOSING

   IT IS ORDERED that the above-captioned case is closed for administrative purposes without prejudice as to any defendant which is now the subject of a bankruptcy case in which a stay of proceedings or an injunction is now in effect.  This closing does not constitute a dismissal or a decision on the merits.  If the bankruptcy stay or the injunction is removed, this case may be reopened as to that defendant only on motion of either the plaintiff or the defendant.

                                                      s/John Feikens_____
                                                      **John Feikens**
                                                      **United States District Judge**

**Dated:  September 20, 2006**

**The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on September 20, 2006.**

**s/Carol Cohron**
**Deputy Clerk**